THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DELMAR WISEMAN *et al.,* Defendants-Appellants.

(No. 73-59; )

Fifth District—April 4, 1974.

PER CURIAM.
EBERSPACHER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Richard E. Cunningham, Assistant Appellate Defender, and Bruce Stratton, Administrative Director, of counsel), for appellants.

Robert Lee Broverman, State's Attorney, of Shelbyville, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALFRED TRIPLETT, Defendant-Appellant.

(No. 72-321; )

Fifth District—April 8, 1974.

